David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Paul G. Novak (SBN 261388)
paul@orbitip.com
ORBIT IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.:  (310) 887-1333
Fax:  (310) 887-1334

Attorneys for Defendant
SUN LEE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TTM INTERNATIONAL, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>SUN LEE INC.<br><br>                    Defendant. | Case No. 2:24-cv-06846-JWH-AJR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Honorable John W. Holcomb<br>Ctrm:  9D, Ninth Floor, Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California 92701<br><br>Hearing Date: December 6, 2024<br>Hearing Time: 9:00 a.m.<br><br>Complaint Filed:  August 13, 2024<br>Trial Date:  N/A |

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD: PLEASE TAKE NOTICE that on December 6, 2024, at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 9D of the Ronald Reagan Federal Building and

United States Courthouse, located at 411 W. 4th Street, Santa Ana, California, Defendant Sun Lee Inc. ("Sun Lee"), will and does move the Court for an order dismissing the First Amended Complaint ("FAC") under Fed. R. Civ. P. 12(b)(6).

The grounds for this motion are as follows:

First, in its claim for federal trademark infringement, TTM fails to plausibly allege likelihood of confusion, and because grounds for several affirmative defenses appear in the allegations. Therefore, its First claim should be dismissed.

Second, the FAC does not state claims for federal unfair competition under Section 1125(a) of the Lanham Act, unfair and deceptive trade practices under California's Bus. & Prof. Code § 17200, or common law trademark infringement and unfair competition law because it fails to plausibly allege likelihood of confusion and because grounds for several affirmative defenses appear in the allegations. Therefore, its Second, Fourth and Fifth claims should be dismissed.

Third, the FAC does not state claims for dilution under federal or state law because it fails to plausibly allege ownership of a famous mark. Therefore, its Third and Sixth claims should be dismissed.

The parties met and conferred as required by Local Rule 7-3 on October 18, 2024 before Sun Lee filed its motion to dismiss the original complaint, and again on October 31, 2024, regarding these issues, but were unable to resolve the dispute and avoid the need for this motion.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of David A. Randall in Support, Sun Lee's Motion for Judicial Notice, the pleadings and papers on file in this matter, any

subsequently filed briefs and declarations, and the arguments of counsel at the hearing. A proposed order is being lodged for the Court's consideration.

DATED:  November 8, 2024          ORBIT IP, LLP

                                  By:  /s/ David A. Randall
                                  David A. Randall (CA SBN 156722)
                                  Ehab Samuel (SBN 228296)
                                  Paul G. Novak (SBN 261388)

                                  *Attorneys for Defendant*
                                  SUN LEE, INC.

NOTICE OF MOTION AND MOTION
TO DISMISS FIRST AMENDED COMPLAINT
Case No. 2:24-cv-06846-JWH-AJR